I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-14-11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CAVANAGH, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF VENTURA, CALIFORNIA, et al., <br><br> Defendants. | Case No. CV 11-7112-R (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The following claims are dismissed without leave to amend: (a) plaintiff's damages claims against the Ventura County District Attorney's Office and the district attorney defendants being sued in their official capacities, the "Ventura County Probation Agency" and the probation officers being sued in their official capacities, the Ventura County Superior Court and the judges being sued in their official capacities, and the EDD and the EDD

officials being sued in their official capacities; (b) plaintiff's claims against the six judicial officer defendants in their individual capacities; (c) plaintiff's claims against the two District Attorney defendants in their individual capacities; (d) plaintiff's claims against the three EDD defendants in their individual capacities; and (e) plaintiff's claims against the three Probation Agency defendants in their individual capacities;

2. The following claims are dismissed with leave to amend: (a) plaintiff's claims against his court-appointed counsel; (b) plaintiff's claims against the two Oxnard Code Enforcement Officers; (c) plaintiff's claims against Oxnard Police Officer Whitney; (d) plaintiff's claims against Oxnard Fire Inspector Abille, and (e) plaintiff's claims against the County of Ventura and the City of Oxnard; and

3. If plaintiff still desires to pursue this action and believes he can rectify the pleading deficiencies of his claims being dismissed with leave to amend, shall file a First Amended Complaint within twenty-eight (28) days that omits the claims being dismissed without leave to amend, omits the portions of plaintiff's prayer for relief seeking injunctive relief from the terms of the 2005 judgment and prospective injunctive relief from violations of his bankruptcy and probation rights, and is limited to the damages claims being dismissed with leave to amend.

DATED: Dec. 12, 2011

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE