# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 11-7112-R (RNB)**                                           Date: **June 11, 2012**

Title: **Peter Joseph Cavanagh v. County of Ventura, California, et al.**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

        **HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

    Kerri Hays                              n/a
    Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS)**

     On or before June 29, 2012, plaintiff is ordered to either file a Second Amended Complaint in compliance with the District Judge's May 4, 2012 Order or show cause in writing why this action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order and/or failure to prosecute.