James N. Procter II – State Bar No. 96589
Dirk DeGenna – State Bar No. 188972
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone:  (805) 278-0920
Facsimile: (805) 278-0289
Email:  ddegenna@wps-law.net

Attorneys for Defendants,
  CITY OF OXNARD, ROGER WHITNEY
  (erroneously sued as Doe Whitney), MARTIN
  BOLGER, and DONNA ANGELL (erroneously
  sued as Donna Angel)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CAVANAGH,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF OXNARD, California, a municipal corporation; DOE WHITNEY in his individual capacity and his official capacity as Oxnard police officer; MARTIN BOLGER in his individual capacity as Oxnard code official; DONNA ANGEL in her individual capacity and in her official capacity as Oxnard code enforcement officer; and DOES 1 through 10, inclusive, capacities undetermined,<br><br>            Defendants. | CASE NO. CV11-07112-JGB (RNB)<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>Hon. Jesus Bernal, District Judge<br>Hon. Robert N. Block, Magistrate Judge |

　　　Having received the Stipulation of Dismissal between plaintiff Peter Joseph Cavanagh, and Defendants City of Oxnard, Martin Bolger, Donna Angell and Roger Whitney filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court HEREBY DISMISSES WITH PREJUDICE THE ABOVE-CAPTIONED MATTER.

　　　**IT IS SO ORDERED.**

Dated:   August 18, 2014　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JESUS BERNAL
　　　　　　　　　　　　　　　　　　　　United States District Judge